■ BANK OF CASTILE, Respondent, v GEORGE N. SALERNO et al., Defendants, and JAMES SWEARINGEN et al., Appellants. (Appeal No. 2.) — Judgment, insofar as appealed from, unanimously reversed, without costs, and complaint dismissed against defendants Swearingen. Same memorandum as in *Bank of Castile v Salerno* (appeal No. 1) (99 AD2d 663). (Appeal from judgment of Supreme Court, Wyoming County, Newman, J. — auction — payment for goods purchased.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHIRLEY RIVERA, Appellant. — Judgment unanimously affirmed. Memorandum: The only argument on appeal is that the court improperly permitted cross-examination of defendant with respect to facts underlying a pending charge in violation of her Fifth Amendment rights. Defendant did not assert those rights until after she had given the only incriminating answer elicited in the questioning complained of; thus, she has failed to preserve the alleged error for our review. (Appeal from judgment of Monroe County Court, Barr, J. — criminal sale of controlled substance, fifth degree.) Present — Dillon, P. J., Hancock, Jr., Green, O'Donnell and Schnepp, JJ.